| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2016 to 01/10/2017
Chapter 13 Case No. 14-32403 / CMG

Thomas G. Dolinskas Jr
Linda A. Dolinskas
763 Myrtle Rd
North Brunswick  NJ    08902

Petition Filed Date: 11/03/2014
341 Hearing Date: 12/04/2014
Confirmation Date: 05/20/2015

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2016 | $414.00 | 2705131 | 02/10/2016 | $414.00 | 2748217 | 03/08/2016 | $414.00 | 2748244 |
| 04/11/2016 | $414.00 | 2748290 | 05/10/2016 | $414.00 | 2763872 | 06/09/2016 | $414.00 | 2748045 |
| 07/07/2016 | $414.00 | 2798376 | 08/10/2016 | $414.00 | 2748106 | 09/09/2016 | $414.00 | 2866709 |
| 10/12/2016 | $414.00 | 2748145 | 11/09/2016 | $414.00 | 2748168 | 12/12/2016 | $414.00 | 2866602 |

**Total Receipts for the Period: $4,968.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,640.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas G. Dolinskas Jr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark S Cherry | Attorney Fees | $1,531.00 | $1,531.00 | $0.00 |
| 1 | Jefferson Associates | Unsecured Creditors | $113.42 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  GE MONEY | Unsecured Creditors | $1,053.49 | $0.00 | $0.00 |
| 3 | FIRST SAVINGS CREDIT CARD | Unsecured Creditors | $371.40 | $0.00 | $0.00 |
| 4 | MIDDLESEX EMERG PHYS PA<br>»»  JFK MEDICAL | Unsecured Creditors | $24.51 | $0.00 | $0.00 |
| 5 | MIDDLESEX EMERG PHYS PA<br>»»  JFK MEDICAL | Unsecured Creditors | $36.55 | $0.00 | $0.00 |
| 6 | NJ NEURO SCIENCE INSTITUTE | Unsecured Creditors | $192.90 | $0.00 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $180.82 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  FINGERHUT | Unsecured Creditors | $431.02 | $0.00 | $0.00 |
| 9 | PSE&G | Unsecured Creditors | $5,425.57 | $0.00 | $0.00 |
| 10 | JFK MEDICAL ASSOCIATES | Unsecured Creditors | $61.30 | $0.00 | $0.00 |
| 11 | MIDDLESEX EMERG PHYS PA<br>»»  JFK MEDICAL CENTER | Unsecured Creditors | $37.03 | $0.00 | $0.00 |
| 12 | MTGLQ INVESTORS<br>»»  P/ 763 MYRTLE RD/1ST MTG/WELLS FARGO | Mortgage Arrears | $20,157.70 | $7,217.18 | $12,940.52 |
| 13 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $6,462.49 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  MHC/CREDIT ONE | Unsecured Creditors | $1,523.46 | $0.00 | $0.00 |
| 15 | JFK MEDICAL CENTER-IP | Unsecured Creditors | $1,665.61 | $0.00 | $0.00 |
| 16 | JFK MEDICAL CENTER-OP | Unsecured Creditors | $532.74 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/10/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,640.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $8,748.18 | Current Monthly Payment: | $414.00 |
| Paid to Trustee: | $502.66 | Arrearages: | $414.00 |
| Funds on Hand: | $389.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.