UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Dolinskas, Thomas G. Jr

Dolinskas, Linda A.

Case No.:     14-32403 CMG
Chapter:      13
Hearing Date:     n/a
Judge:     Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Mortgage Payment Change filed on 9/13/17, Claim Number 12

_____

Date: 12/6/17                                /s/ Denise Carlon
                                             Signature

*rev.8/1/15*