| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/20/2018
Chapter 13 Case No. 14-32403 / CMG

Thomas G. Dolinskas Jr
Linda A. Dolinskas
763 Myrtle Rd
North Brunswick  NJ    08902

Petition Filed Date: 11/03/2014
341 Hearing Date: 12/04/2014
Confirmation Date: 05/20/2015

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2017 | $414.00 | 2866632 | 02/08/2017 | $414.00 | 2866732 | 03/10/2017 | $414.00 | 2866762 |
| 04/10/2017 | $414.00 | 2866783 | 05/09/2017 | $414.00 | 2866804 | 06/07/2017 | $414.00 | 2866835 |
| 07/11/2017 | $414.00 | 2866864 | 08/08/2017 | $414.00 | 2866897 | 09/11/2017 | $414.00 | 2866690 |
| 10/11/2017 | $414.00 | 3000920 | 11/13/2017 | $414.00 | 3000955 | 12/11/2017 | $414.00 | 3000967 |
| 01/10/2018 | $414.00 | 3000990 | 02/12/2018 | $414.00 | 3000835 | | | |

**Total Receipts for the Period:  $5,796.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $15,436.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Thomas G. Dolinskas Jr | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark S Cherry | Attorney Fees | $1,531.00 | $1,531.00 | $0.00 |
| 1 | Jefferson Associates | Unsecured Creditors | $113.42 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  GE MONEY | Unsecured Creditors | $1,053.49 | $0.00 | $0.00 |
| 3 | FIRST SAVINGS CREDIT CARD | Unsecured Creditors | $371.40 | $0.00 | $0.00 |
| 4 | MIDDLESEX EMERG PHYS PA<br>»»  JFK MEDICAL | Unsecured Creditors | $24.51 | $0.00 | $0.00 |
| 5 | MIDDLESEX EMERG PHYS PA<br>»»  JFK MEDICAL | Unsecured Creditors | $36.55 | $0.00 | $0.00 |
| 6 | NJ NEURO SCIENCE INSTITUTE | Unsecured Creditors | $192.90 | $0.00 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $180.82 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  FINGERHUT | Unsecured Creditors | $431.02 | $0.00 | $0.00 |
| 9 | PSE&G | Unsecured Creditors | $5,425.57 | $0.00 | $0.00 |
| 10 | JFK MEDICAL ASSOCIATES | Unsecured Creditors | $61.30 | $0.00 | $0.00 |
| 11 | MIDDLESEX EMERG PHYS PA<br>»»  JFK MEDICAL CENTER | Unsecured Creditors | $37.03 | $0.00 | $0.00 |
| 12 | MTGLQ INVESTORS<br>»» P/ 763 MYRTLE RD/1ST MTG/WELLS FARGO | Mortgage Arrears | $20,157.70 | $12,270.05 | $7,887.65 |
| 13 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $6,462.49 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»»  MHC/CREDIT ONE | Unsecured Creditors | $1,523.46 | $0.00 | $0.00 |
| 15 | JFK MEDICAL CENTER-IP | Unsecured Creditors | $1,665.61 | $0.00 | $0.00 |
| 16 | JFK MEDICAL CENTER-OP | Unsecured Creditors | $532.74 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/20/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,436.00 | Percent to General Unsecured Creditors: | 0% |
| Paid to Claims: | $13,801.05 | Current Monthly Payment: | $414.00 |
| Paid to Trustee: | $860.77 | Arrearages: | $0.00 |
| Funds on Hand: | $774.18 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**