**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas G. Dolinskas Jr | Social Security number or ITIN  xxx–xx–7887 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Linda A. Dolinskas | Social Security number or ITIN  xxx–xx–9045 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    14–32403–CMG

## Order of Discharge                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas G. Dolinskas Jr                     Linda A. Dolinskas
                                            aka Linda Dellbeni, aka Linda Higgins

1/24/20                                     **By the court:** Christine M. Gravelle
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                          Case No. 14-32403-CMG
Thomas G. Dolinskas Jr                                          Chapter 13
Linda A. Dolinskas
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 4              Date Rcvd: Jan 24, 2020
                              Form ID: 3180W             Total Noticed: 155


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db/jdb         +Thomas G. Dolinskas Jr,    Linda A. Dolinskas,    763 Myrtle Rd,    North Brunswick, NJ 08902-2549
cr             +SN Servicing Corporation,    Friedman Vartolo, LLP,    1325 Franklin Avenue,    Suite 230,
                 Garden City, NY 11530-1631
515149202      +AOM Healthcare Solutions,    PO Box 841657,    Dallas, TX 75284-1657
515149194      +Account Services,    PO Box 659818,    San Antonio, TX 78265-9118
515149196      +Accurate Diagnostic Labs,    180-184 Lincoln Hwy,    Edison, NJ 08820-3551
515149197      +Advanced Infectious Dis Con PA,    1819 Oak Tree Rd,    Edison, NJ 08820-2795
515149198     #+Allied Interstate,    PO Box 361774,    Columbus, OH 43236-1774
515149199      +Allied Interstate,    PO Box 5023,    New York, NY 10163-5023
515149200      +Allied Surgical Group PA,    261 James St Ste 2G,    Morristown, NJ 07960-6348
515149201      +Anthony A. Granato, MD,    2100 Wescott Dr,    Flemington, NJ 08822-4603
515149203      +Apex Financial Management,    PO Box 2189,    Northbrook, IL 60065-2189
515149205      +Apria Healthcare, Inc.,    1831 Solutions Center,    Chicago, IL 60677-1008
515149206       Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL  60714-4610
515149208      +Bay Area Credit Service LLC,    PO Box 467600,    Atlanta, GA 31146-7600
515149210      +Bayshore Emergency Med Assoc,    Po Box 417442,    Boston, MA 02241-7442
515149215      +Cardiovascular & Thoracic Group MD,    98 James St, Ste 200,    Edison, NJ 08820-3902
515149216      +CareOne At The Highlands,    1350 Inman Ave,    Edison, NJ 08820-1025
515149221      +Collection Company Of America,    700 Longwater Dr,    Norwell, MA 02061-1796
515149222      +Comprehensive Surgical Associates, PA,    225 May St, Ste A,    Edison, NJ 08837-3266
515149224      +Creditors Interchange,    PO Box 1335,    Buffalo, NY 14240-1335
515149226      +DCM Services,    4150 Olson Memorial Highway, Ste 200,    Minneapolis, MN 55422-4811
515149225      +Dante C. Mercurio, Ph.D.,    1099 Bloomfield Ave, Ste 14,    West Caldwell, NJ 07006-7125
515149227     #+Denovus Corporation,    480 Johnson Rd, Ste 110,    Washington, PA 15301-8936
515149228      +Diabetes Care Club, LLC,    PO Box 635871,    Cincinnati, OH 45263-5871
515149230      +Dsrm Nt Bk,    Pob 631 112 W 8th,    Amarillo, TX 79105-0631
515149231      +Eck Apelian Or Mathews MD,    1056 Stelton Rd,    Piscataway, NJ 08854-4326
515149232      +Edison Imaging Associates, PA,    PO Box 2178,    Edison, NJ 08818-2178
515149233      +Edison Radiology Group, PA,    PO Box 371863,    Pittsburgh, PA 15250-7863
515149234      +Eichenbaum & Stylianou, LLC,    PO Box 914,    Paramus, NJ 07653-0914
515149235       Equable Ascent Financi,    1120 Lake Cook Rd Ste B,    Buffalo Grove, IL  60089-1970
515149238      +First National Acceptance, LLC,    241 E Saginaw St,    East Lansing, MI 48823-2792
515149240      +Ford Motor Credit Company,    Attn: Farr, Burke, Gambacorta & Wright,    PO Box 788,
                 Bellmawr, NJ 08099-0788
515149242      +Ghazali A. Chaudry, MD,    PO Box 11007,    New Brunswick, NJ 08906-1007
515149245      +HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
515149249     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: J.C. Christensen And Associates, Inc.,     PO Box 519,
                 Sauk Rapids, MN  56379)
515149253      +JFK Cardiology,    80 James St 4th Fl,    Edison, NJ 08820-3938
515149254      +JFK Cardiology Phys Rev,    PO Box 11913,    Newark, NJ 07101-4913
515149255      +JFK Johnson Rehab Institute,    PO Box 11915,    Newark, NJ 07101-4915
515294387      +JFK Medical Associates,    c/o Law Office of Paula Kaplan,    55 Morris Ave.,,    PO Box 96,
                 Springfield, NJ 07081-0096
515352452      +JFK Medical Center-IP,    c/o RMB, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
515149257      +John A. Youderian Jr.,    110 Bloomfield Ave,    Caldwell, NJ 07006-5336
515149258       Juhee Gupta, MD,    A1, 37 Progress St,    Edison, NJ  08820
515149259      +Law Office Of Joe Pezzuto, LLC,    4013 E Broadway, Ste A2,    Phoenix, AZ 85040-8818
515149261      +Lhr Inc.,    56 Main St,    Hamburg, NY 14075-4905
515149265     #+MCS Claim Services, Inc.,    123 Frost St, Ste 150,    Westbury, NY 11590-5027
515193826       MIDDLESEX EMERG PHYS PA,    PO BOX 1109,    Minneapolis, MN 55440-1109
515149266      +Medical Assoc Of Westfield,    324 E South Ave,    Westfield, NJ 07090-1459
515149267      +Mediplex Surgery Ctr Solaris,    98 James St,    Edison, NJ 08820-3902
515149268      +Meridian Laboratory Physicians PA,    PO Box 60280,    Charleston, SC 29419-0280
515149270      +Michael Harrison, Esquire,    3155 Route 10 E, Ste 214,    Denville, NJ 07834-3430
515149271      +Michael Harrison, Esquire,    3155 State Route 10, Ste 214,    Denville, NJ 07834-3430
515149272      +Mid-Atlantic Pathology Services, PA,    PO Box 370,    Ramsey, NJ 07446-0370
515149274      +Middlesex ENT PA,    Rana S. Sahni, MD,    534 Inman Ave,    Colonia, NJ 07067-1134
515149273      +Middlesex Emerg Phys PA,    PO Box 740021,    Cincinnati, OH 45274-0021
515149278      +Morgan & Curtis Associates Inc.,    95 Broadway,    Hicksville, NY 11801-4267
515213296      +NJ Neuroscience Inst/Trinitas,    Law Office of Paula Kaplan,    55 Morris Avenue,
                 Springfield, NJ 07081-1426
515149279      +National Action Financial Services,    PO Box 9027,    Williamsville, NY 14231-9027
515149280      +Nations Recovery Center, Inc.,    PO Box 620130,    Atlanta, GA 30362-2130
515149281      +Navesink Radiology, LLC,    PO Box 28188,    New York, NY 10087-8188
515149283      +Neuroscience,    PO Box 11913,    Newark, NJ 07101-4913
515149286      +New York Post,    PO Box 7247-0291,    Philadelphia, PA 19170-0001
515149287      +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
515149289      +On Time Transport Inc,    111 E Highland Pkwy,    Roselle, NJ 07203-2614
515149293      +Paul Starick, Esquire,    37 Hosford Ave,    Leonardo, NJ 07737-1734
515149294      +Paula G. Kaplan, Esquire,    PO Box 96,    Springfield, NJ 07081-0096
515149295      +Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
515149298       Pressler And Pressler, LLP,    7 Entin Rd,    Parsippany, NJ  07054-5020
```

```
District/off: 0312-3                  User: admin                Page 2 of 4                       Date Rcvd: Jan 24, 2020
                                      Form ID: 3180W             Total Noticed: 155


515149299       +Primecare Medical Group, PA,    622 Georges Rd, Ste 303,    N Brunswick, NJ 08902-3377
515149300       +Princeton Healthcare Heart Group,    4 Princess Road Ste 207,    Lawrenceville, NJ 08648-2322
515149301        Princeton Healthcare System,    PO Box 8500,    Philadelphia, PA 19178-8500
515149302       +Princeton Orthopaedic Associates II PA,    325 Princeton Ave,    Princeton, NJ 08540-1617
515149313       +RMB, Inc.,   409 Bearden Park Circle,    Knoxville, TN 37919-7448
515149304       +Ragan & Ragan,    3100 Route 138 W,    Wall, NJ 07719-9021
515149305       +Rahway-Edison Orthopaedic Group, PA,    867 St George Ave,    Rahway, NJ 07065-2689
515149306       +Rama Reddy,    5 Franklin Ave, Ste 609,    Belleville, NJ 07109-3566
515149308       +Red Bank Anesthesia,    PO Box 297,    Manasquan, NJ 08736-0297
515149309       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
515149310       +Rhett A. Plank,    811 Green Crest Dr Ste 100,    Westerville, OH 43081-2715
515149311       +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
515149312       +Risk Management Alternatives Inc.,    7324 SW Freeway, Ste 1200,    Houston, TX 77074-2034
515149314       +Robert Wood Johnson Medical Group,    PO Box 15278,    Newark, NJ 07192-5278
515149316        Rubin & Raine Of New Jersey, LLC,    PO Box 949,    Eatontown, NJ 07724-0949
516257544       +Rushmore Loan Management for MTGLQ Investors, LP,    7515 Irvine Center Drive Suite 100,
                  Irvine, CA 92618-2930
516257545       +Rushmore Loan Management for MTGLQ Investors, LP,    7515 Irvine Center Drive Suite 100,
                  Irvine, CA 92618,    Rushmore Loan Management for MTGLQ Inves,
                  7515 Irvine Center Drive Suite 100,    Irvine, CA 92618-2930
515149317       +Saint Peter’s University Hospital,    254 Easton Ave,    New Brunswick, NJ 08901-1766
515149318       +Select Financial Services, Inc.,    PO Box 1070,    Jenkintown, PA 19046-7370
515149319       +Southern Bank Emerg Physicians,    PO Box 37794,    Philadelphia, PA 19101-5094
515149320       +Summit Collection Services Inc.,    PO Box 306,    Hohokus, NJ 07423-0306
515149324      ++TRINITAS REGIONAL MEDICAL CENTER,    ATTN TONI LOGIUDICE,    225 WILLIAMSON STREET,
                  ELIZABETH NJ 07202-3625
                 (address filed with court:  Trinitas Regional Medical Center,    PO Box 15069,
                  Newark, NJ   07192)
515149323       +Tricat Radiology,    3840 Park Ave,    Edison, NJ 08820-2563
515149326       +Universal Fidelity LP,    PO Box 941911,    Houston, TX 77094-8911
515149327       +University Radiology Group, PC,    PO Box 371863,    Pittsburgh, PA 15250-7863
515149328       +Urology Care Alliance,    3131 Princeton Pike Bldg 4 Ste 212,    Lawrenceville, NJ 08648-2201
515149329       +Valero,    DSRM National Bank,    PO Box 300,    Amarillo, TX 79105-0300
515338540       +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                  Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515149207      +EDI: ARSN.COM Jan 25 2020 05:18:00      ARS National Services, Inc.,    PO Box 463023,
                 Escondido, CA 92046-3023
515256227       EDI: AIS.COM Jan 25 2020 05:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
515159530       EDI: AIS.COM Jan 25 2020 05:18:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK   73126-8941
515149204      +EDI: APPLIEDBANK.COM Jan 25 2020 05:18:00      Applied Bank,    660 Plaza Dr,
                 Newark, DE 19702-6369
515149209      +E-mail/Text: bankruptcyletters@hackensackmeridian.org Jan 25 2020 00:54:00
                 Bayshore Community Hospital,    PO Box 416752,    Boston, MA 02241-6752
515149211       EDI: CAPITALONE.COM Jan 25 2020 05:18:00      Cap One,    Po Box 85520,    Richmond, VA 23285
515149213       EDI: CAPITALONE.COM Jan 25 2020 05:18:00      Capital One Bank,    PO Box 85520,
                 Richmond, VA 23285
515149218       EDI: CBCSI.COM Jan 25 2020 05:18:00      CBCS,    PO Box 163250,    Columbus, OH 43216-3250
515149212      +E-mail/Text: cms-bk@cms-collect.com Jan 25 2020 00:52:48      Capital Management Services, LP,
                 726 Exchange Ste, Ste 700,    Buffalo, NY 14210-1464
515149214      +EDI: CAPITALONE.COM Jan 25 2020 05:18:00      Capital One Bank,    ATTN: BANKRUPTCY DEPT.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
515149217      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 25 2020 00:55:46
                 Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
515149219       E-mail/Text: bankruptcy@certifiedcollection.com Jan 25 2020 00:53:02
                 Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ  08869-0336
515149220       EDI: CHASE.COM Jan 25 2020 05:18:00      Chase,    PO Box 15298,    Wilmington, DE  19850-5298
515149223       E-mail/PDF: creditonebknotifications@resurgent.com Jan 25 2020 00:55:58      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV  89193-8875
515149229       EDI: DISCOVER.COM Jan 25 2020 05:18:00      Discover,    PO Box 30943,
                 Salt Lake City, UT  84130-0943
515149236      +E-mail/Text: data_processing@fin-rec.com Jan 25 2020 00:52:48
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
515149237       EDI: BLUESTEM Jan 25 2020 05:18:00      Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN  56303-0820
515149239      +E-mail/Text: bankruptcy@fncbinc.com Jan 25 2020 00:50:34
                 First National Collection Bureau, Inc.,    PO Box 51660,    Sparks, NV 89435-1660
515177874      +E-mail/Text: bankruptcy@mfgokc.com Jan 25 2020 00:50:40      First Savings Credit Card,
                 c/o Millennium Financial Group,    5770 NW Exprerssway, Suite #102,
                 Oklahoma City, OK 73132-5238
515149241       EDI: RMSC.COM Jan 25 2020 05:18:00      GE Money Bank,    PO Box 960061,
                 Orlando, FL  32896-0061
```

```
District/off: 0312-3          User: admin              Page 3 of 4                  Date Rcvd: Jan 24, 2020
                              Form ID: 3180W           Total Noticed: 155


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515149247         EDI: HFC.COM Jan 25 2020 05:18:00      HSBC Bankruptcy Department,    PO Box 5213,
                  Carol Stream, IL 60197-5213
515149246        +EDI: HFC.COM Jan 25 2020 05:18:00      Hsbc Bank,    Po Box 30253,
                  Salt Lake City, UT 84130-0253
515149248        +EDI: IIC9.COM Jan 25 2020 05:18:00      IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
515149250         EDI: JEFFERSONCAP.COM Jan 25 2020 05:18:00      Jeffcapsys,    16 Mcleland Rd,
                  Saint Cloud, MN 56303
515149250         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 25 2020 00:53:33        Jeffcapsys,    16 Mcleland Rd,
                  Saint Cloud, MN 56303
515264000         EDI: JEFFERSONCAP.COM Jan 25 2020 05:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
515264000         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 25 2020 00:53:33        Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
515149256        +E-mail/Text: abachman@rmbcollect.com Jan 25 2020 09:04:25        JFK Medical Center,
                  PO Box 11913,    Newark, NJ 07101-4913
515149251        +E-mail/Text: collections@jeffersonassociates.com Jan 25 2020 00:53:26        Jefferson Associates,
                  PO Box 416,    Fords, NJ 08863-0416
515149252        +E-mail/Text: collections@jeffersonassociates.com Jan 25 2020 00:53:26        Jefferson Associates,
                  3 Coral St,    Edison, NJ 08837-3242
515343741         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2020 00:56:06
                  LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515343739         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2020 00:56:40
                  LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515149262        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2020 00:56:06        Lvnv Funding Llc,
                  Po Box 10497,    Greenville, SC 29603-0497
515149264         EDI: BANKAMER2.COM Jan 25 2020 05:18:00      MBNA America,    PO Box 15027,
                  Wilmington, DE 19850
515149269        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 25 2020 00:55:47        Merrick Bank,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
515149275        +EDI: MID8.COM Jan 25 2020 05:18:00      Midland Credit Management,    8875 Aero Dr, Ste 200,
                  San Diego, CA 92123-2255
515149276        +EDI: MID8.COM Jan 25 2020 05:18:00      Midland Funding,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
515149277        +E-mail/Text: bankruptcy@mfgokc.com Jan 25 2020 00:50:40        Millennium Financial G,
                  5770 Nw Expressway Ste 1,    Warr Acres, OK 73132-5238
515149282         E-mail/Text: bankruptcydepartment@tsico.com Jan 25 2020 00:54:07        NCO Financial Systems,
                  20 Clementon Rd E Ste 102N,    Gibbsboro, NJ 08026-1165
515149285         E-mail/PDF: bankruptcy@ncfsi.com Jan 25 2020 00:56:35        New Century Financial,
                  110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
515149284        +E-mail/PDF: bankruptcy@ncfsi.com Jan 25 2020 00:56:34        New Century Financial,
                  110 South Jefferson Road,    Whippany, NJ 07981-1038
515149290        +E-mail/Text: bankruptcy@onlineis.com Jan 25 2020 00:54:00        Online Collections,    PO Box 1489,
                  Winterville, NC 28590-1489
515149291        +E-mail/Text: janicemorgan@optimum.net Jan 25 2020 00:54:25        P.D.A.B. Inc,    PO Box 98,
                  Rockaway, NJ 07866-0098
515264865        +E-mail/Text: bankruptcy@pseg.com Jan 25 2020 00:50:44        PSE&G,    PO Box 490,
                  Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515149303         E-mail/Text: bankruptcy@pseg.com Jan 25 2020 00:50:44        PSE&G Bankruptcy Department,
                  PO Box 490,    Cranford, NJ 07016-0490
515149296        +EDI: PRA.COM Jan 25 2020 05:18:00      Portfolio Recovery Ass,    ATTN: BANKRUPTCY,
                  Po Box 41067,    Norfolk, VA 23541-1067
515149297        +EDI: PRA.COM Jan 25 2020 05:18:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                  Norfolk, VA 23502-4952
515149307        +E-mail/Text: Supportservices@receivablesperformance.com Jan 25 2020 00:54:11
                  Receivables Performance Management LLC,    PO Box 1548,    Lynnwood, WA 98046-1548
515149315        +E-mail/Text: rwjebn@rwjbh.org Jan 25 2020 00:54:20       Robert Wood Johnson University Hospital,
                  PO Box 15448,    Newark, NJ 07192-5448
515149322        +EDI: WTRRNBANK.COM Jan 25 2020 05:18:00      Tnb - Target,    Po Box 673,
                  Minneapolis, MN 55440-0673
517930145        +E-mail/Text: bknotices@snsc.com Jan 25 2020 00:54:18
                  U.S. Bank Trust National Association, as Trustee,     C/O SN Servicing Corp.,    323 5th Street,
                  Eureka, CA 95501-0305
517930146        +E-mail/Text: bknotices@snsc.com Jan 25 2020 00:54:18
                  U.S. Bank Trust National Association, as Trustee,     C/O SN Servicing Corp.,    323 5th Street,
                  Eureka, CA 95501,    U.S. Bank Trust National Association, as,
                  C/O SN Servicing Corp. 95501-0305
515149330         EDI: VERIZONCOMB.COM Jan 25 2020 05:18:00      Verizon,    500 Technology Dr Ste 30,
                  Weldon Spring, MO 63304-2225
515149331        +E-mail/Text: edinkel@vikingservice.com Jan 25 2020 00:54:35        Viking Collection Service Inc.,
                  PO Box 59207,    Minneapolis, MN 55459-0207
515149333         EDI: WFFC.COM Jan 25 2020 05:18:00      Wells Fargo Hm Mortgage,    8480 Stagecoach Cir,
                  Frederick, MD 21701
515149332         EDI: RMSC.COM Jan 25 2020 05:18:00      Walmart,    PO Box 960023,    Orlando, FL 32896-0023
515341147        +EDI: WFFC.COM Jan 25 2020 05:18:00      Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                  MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
```

```
District/off: 0312-3           User: admin              Page 4 of 4                  Date Rcvd: Jan 24, 2020
                               Form ID: 3180W           Total Noticed: 155
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515149334       +EDI: WESTASSET.COM Jan 25 2020 05:18:00      West Asset Management, Inc.,    PO Box 790113,
                 St. Louis, MO 63179-0113
515149335       +E-mail/Text: collect@williamsalexander.com Jan 25 2020 00:52:47
                 Williams, Alexander & Associates,    PO Box 2148,    Wayne, NJ 07474-2148
515149336       +E-mail/Text: collect@williamsalexander.com Jan 25 2020 00:52:47      Williams/alexander & A,
                 1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                              TOTAL: 62

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WELLS FARGO BANK, N.A.
515149292*     +P.D.A.B. Inc.,    PO Box 98,    Rockaway, NJ 07866-0098
515149193     ##+Academy Collection Service, Inc.,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
515149195     ##+Accounts Receivable Management, Inc.,    PO Box 129,    Thorofare, NJ 08086-0129
515149243     ##+Hilco Receivables LLC,    160 North Franklin St #3,    Chicago, IL 60606-1869
515149244     ##+Hospital & Doctors Service Bureau,    PO Box 810,    East Orange, NJ 07019-0810
515149260     ##+Law Office Of Richard Clark,    3030 S Gessner Ste 200,    Houston, TX 77063-3733
515149263     ##+Malcolm S. Gerald And Associates, Inc.,    332 South Michigan Ave, Ste 600,
                 Chicago, IL 60604-4318
515149288     ##+Nudelman, Klemm & Golub PC,    425 Eagle Rock Ave Ste 403,    Roseland, NJ 07068-1717
515149325     ##+TVR Communications, LLC,    60-69 Woodhaven Blvd,    Elmhurst, NY 11373-5529
515149321     ##+Tate & Kirlin Associates,    2810 Southampton Rd,    Philadelphia, PA 19154-1207
515149337     ##+Zucker, Goldberg & Ackerman, LLC,    PO Box 1024,    Mountainside, NJ 07092-0024
                                                                             TOTALS: 1, * 1, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark S Cherry    on behalf of Joint Debtor Linda A. Dolinskas mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Mark S Cherry    on behalf of Debtor Thomas G. Dolinskas Jr mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
                                                                                             TOTAL: 9
```